IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NACHIAPPAN SUBBIAH MUTHUKUMAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:12-CV-21723-O-BH |
| | ) | |
| NISSAN NORTH AMERICA INC., | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, filed July 9, 2012 (doc. 4), is **DENIED**, and the case will be dismissed for failure to follow court orders by separate judgment.

SIGNED this 17th day of September, 2012.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**